## Commonwealth *v.* Grello, Appellant.

Argued December 3, 1974. *Joel H. Ziev,* for appellant; *Salvador J. Salazar,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.

## Commonwealth *v.* Miskinis, et al., Appellants.

Argued December 4, 1974. *Manuel Grife* and *Michael A. Seidman,* with them *Gever and Grife,* and *Seidman and Lotstein,* for appellants; *Michael D. Marino,* for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.